IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES BELLON, | : |
|     Petitioner | : |
|     v. | : Case No. 3:22-cv-44-KAP |
| MORRIS HOUSER, Superintendent, | : |
| S.C.I. Benner, | : |
|     Respondent | : |

<u>Memorandum Order</u>

    Petitioner Bellon's most recent motion to amend at ECF no. 14 is denied. Any proposal to amend (whether a movant seeks to amend an ordinary civil complaint or a habeas petition) that does not attach the amended pleading in effect seeks open-ended permission to add claims as they occur to the movant. That is improper. The motion at ECF no. 13, insofar as it seeks to file a memorandum in support of the pending petition, is granted. Petitioner can file his memorandum at any time from now until thirty days after the respondent has filed a response to the pending petition.

DATE: July 2, 2024

Keith A. Pesto,
United States Magistrate Judge

Notice to counsel of record by ECF and by U.S. Mail to:

Charles Bellon FN-8112
S.C.I. Somerset
1590 Walters Mill Road
Somerset, PA 15510