IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES BELLON, | : |
|     Petitioner | : |
|       v. | : Case No. 3:22-cv-44-KAP |
| MORRIS HOUSER, Superintendent, | : |
| S.C.I. Benner, | : |
|     Respondent | : |

### Memorandum Order

Respondent's motion to stay, ECF no. 20, is granted. The parties are directed to notify the Court when the proceedings at <u>Bellon v Ferguson,</u> Case No. 3:15-cv-131-KRG-KAP (W.D.Pa.), including any related appeals, interlocutory appeals, or motions pending at the Court of Appeals, are terminated. To be clear, this stay is ordered under Fed.R.Civ.P. 42(a)(3), granting the Court authority to manage its litigation to avoid unnecessary cost or delay when multiple actions involve common questions of law or fact. I have serious doubts whether any stay could be justified under <u>Rhines v. Weber</u>, 544 U.S. 269, 276-78 (2005) (stay appropriate when the petitioner has good cause for failure to exhaust claims, the unexhausted claims are potentially meritorious, and there is no evidence that the petitioner seeks to use the stay as a delaying tactic), and do not rely on <u>Rhines v. Weber</u>.

DATE:  September 5, 2024

Keith A. Pesto,
United States Magistrate Judge

Notice to counsel of record by ECF and by U.S. Mail to:

Charles Bellon FN-8112
S.C.I. Somerset
1590 Walters Mill Road
Somerset, PA 15510